FILED
SEP 27 2010

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 10-40004-10 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| BRUCE ROSS, | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Defendant Bruce Ross requests reconsideration of the detention order previously entered. Based on a review of the motion, it is noted the sole new basis presented by defense counsel for reopening the hearing is that Defendant has now submitted to an interview with the pretrial services officer. Other bases listed in the motion were previously considered or are factors that are not relevant to the risk of flight or danger. The pretrial services officer recommends continued detention.

Accordingly, it is hereby

ORDERED that Defendant's Motion to Reconsider Detention (Doc. 254) is DENIED as sufficient circumstances have not been presented to justify the reopening of the detention hearing.

Dated this 27 day of September, 2010.

BY THE COURT:

John E. Simko
United States Magistrate Judge